# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAMALOS, JOHN ANTHONY | § | Case No. 07-11536 KRM |
| DAMALOS, STELLA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_, and now requests reimbursement for expenses of $\_\_\_, for total expenses of $\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANGELA WELCH ESPOSITO, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-11536   KRM   Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | DAMALOS, JOHN ANTHONY | Date Filed (f) or Converted (c): | 11/28/07 (f) |
|  | DAMALOS, STELLA | 341(a) Meeting Date: | 01/04/08 |
| For Period Ending: | 02/28/12 | Claims Bar Date: | 04/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD REAL PROPERTY LOCATED AT: 5118 WEST SHOR | 945,245.77 | 0.00 | DA | 0.00 | FA |
| 2. WAREHOUSE LOCATED AT: 204-210 TARPON INDUSTRIAL CI | 367,000.00 | 0.00 | DA | 0.00 | FA |
| ttee reviewoing for possible transfers to wife-ttee filed obj to ex | | | | | |
| 3. CASH ON HAND | 22.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCT #3627 FLORIDA CAPITAL | 87.33 | 0.00 | DA | 0.00 | FA |
| ttee req dof statements-ttee filed obj to ex | | | | | |
| 5. MONEY MARKET ACCT #2235 FLORIDA CAPITAL | 10.01 | 0.00 | DA | 0.00 | FA |
| ttee req dof statements | | | | | |
| 6. CHECKING ACCT #7779 BANK OF AMERICA | 8.14 | 0.00 | DA | 0.00 | FA |
| ttee req dof bk statements | | | | | |
| 7. CHECKING ACCT #9518 (ELENI ACCT) BANK OF AMERICA | 351.22 | 0.00 | DA | 0.00 | FA |
| ttee req dof bk statements | | | | | |
| 8. CHECKING ACCT #9505 (NICHOLAS ACCT) BANK OF AMERIC | 392.14 | 0.00 | DA | 0.00 | FA |
| ttee req dof bk statements | | | | | |
| 9. MONEY MARKET ACCT #6802 BANK OF AMERICA | 104.86 | 0.00 | DA | 0.00 | FA |
| ttee req dof bk statements | | | | | |
| 10. SEE ATTACHED "REPORT OF APPRAISER" | 12,540.00 | 12,140.70 | | 12,140.70 | FA |
| Household goods and furnishings per appraiser's report, per Ex C debors' ex $2,000.00 | | | | | |
| 11. SEE ATTACHED "REPORT OF APPRAISER" | 250.00 | 250.00 | DA | 0.00 | FA |
| wearing apparel per appraisal -not ex on Sch C | | | | | |
| 12. SEE ATTACHED "REPORT OF APPRAISER" | 175.00 | 175.00 | DA | 0.00 | FA |
| furs and jewelry per appraiser | | | | | |
| 13. TERM LIFE INSURANCE POLICY NORTH AMERICAN COMPANY | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 100% OWNERS OF 3-D BRIDGE PAINTING CORP. CORPORATE | 0.00 | Unknown | DA | 0.00 | FA |
| ttee req docs | | | | | |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 07-11536  KRM  Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | DAMALOS, JOHN ANTHONY | Date Filed (f) or Converted (c): | 11/28/07 (f) |
|  | DAMALOS, STELLA | 341(a) Meeting Date: | 01/04/08 |
|  |  | Claims Bar Date: | 04/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. 100% OWNER OF LADIES FUTURE FITNESS, LLC CORPORATE ttee req docs | 0.00 | Unknown | DA | 0.00 | FA |
| 16. 100% OWNERS OF NED ENTERPRISES, LLC CORPORATE LIAB ttee req dosc | 0.00 | Unknown | DA | 0.00 | FA |
| 17. DEBTORS ARE OWED APPROX. $210,000.00 FROM SOLELY O ttee req docs | 0.00 | Unknown | DA | 0.00 | FA |
| 18. DEBTOR IS OWED APPROX. $550,000.00 FROM SOLELY OWN Trinity 5/06 close 12/07, Lady of America LLC Franchised-ttee reviewing docs for any undisclosed bus income | 0.00 | Unknown | DA | 0.00 | FA |
| 19. 2003 CADILLAC ESCALADE lien as of 11/2/07 going back | 19,500.00 | 0.00 | DA | 0.00 | FA |
| 20. 2007 MERCEDES S 550 debtors keeping pur 06-lien as of 11/13/07 | 73,000.00 | 0.00 | DA | 0.00 | FA |
| 21. 2005 BAYLINER 305 BOAT going back, lien s of 11/20/07 | 58,000.00 | 0.00 | DA | 0.00 | FA |
| 22. 2005 YAMAHA JET SKI per ttee going back | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 23. 1997 YAMAHA JET BOAT own | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 24. 2000 YAMAHA JET SKI per ttee own | 700.00 | 0.00 | DA | 0.00 | FA |
| 25. MR. DAMALOS HAS SOME INTEREST IN THE JOHN A. DAMAL tte req all docs for review | 0.00 | 0.00 | DA | 0.00 | FA |
| 26. MISCELLANEOUS ADDITIONAL PERSONALTY SEE ATTACHED " | 1,030.00 | 1,030.00 |  | 1,030.00 | FA |

Case 8:07-bk-11536-KRM    Doc 66    Filed 03/07/12    Page 5 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit A

| Case No: | 07-11536 | KRM | Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | DAMALOS, JOHN ANTHONY | | | Date Filed (f) or Converted (c): | 11/28/07 (f) |
| | DAMALOS, STELLA | | | 341(a) Meeting Date: | 01/04/08 |
| | | | | Claims Bar Date: | 04/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,488,416.47 | $17,595.70 | | $13,170.70 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-1/10/08 DSO LETTER SENT.

-12/07 call from creditor Kimberly Cassle, sending poc form  801-699-4405

-1/21/08, filed obj, sent ltr for docs

-calls from creditors in this case

-1/30/08 tt atty Mark B re representing estate

-2/08 prepare and send many docs to Mark B

-3/08 tt atty Mark B re case

-3/27/08 Need agressive atty to asst, many complaints from the gen public about these folks using the system.  Needs thorough investigation.

-4/4/08 meet w/ atty Mark B to go over case issues.  First issue is strategy to visit / re assets / discuss hitting mult locations same day w/ staff plus Mark B.

-4/28/08 trade vm w/ Steve Orarke us atty   202-514-2779

-4/28/08 msg from Kim Cassel  801-699-4405 cell, ex had ? wants to get paid now - explained.

-4/29/08 trade vm w/ Steve Orake gov't 202-514-2779  and  Kevin Beswick EPA atty  404-562-9580

-4/29/08 lm w/ Mark Bernet, been asking for fee app for 90 days, lm if he can't get this done, will fire different atty!

-5/27/08 rev poc- Law Office of Van Ness called will be filing POC, explained will be late, as deadline has passed

November 13, 2008, 04:35 pm Claims imported; lm for mark b and larry f, tt larry - no substantive response - need neew atty or do self

Note: attny never hired, did work self.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-11536    KRM    Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | DAMALOS, JOHN ANTHONY | Date Filed (f) or Converted (c): | 11/28/07 (f) |
| | DAMALOS, STELLA | 341(a) Meeting Date: | 01/04/08 |
| | | Claims Bar Date: | 04/25/08 |

February 17, 2009, 03:09 pm Validated claims and started obj ltrs.

March 17, 2009, 12:45 pm Filed orders

-3/09 status: talked to debtor re overage, had problem w/ former atty - not working case - took back from him -

managing self, woring out bb w/ debtor just negotiating amts now.

-6/09 review claims

-10/09 send ltr, need bb settlement

-12/09 trade vm re sett, was working on researching other issues w/ d.

-3/10 working on bb for lump, tickle mot t/o

-7/10 rev case, lm for atty

-10/10 trade vm w/ atty office re sett

-2/10 trade msg re sett

-4/29/11 finally resolved / worked out payment arrangement w/ atty to pay over 4 months start may (through august)

-6/11 rev case, made pymt

-8/11 rev case made 2 pymts, 2 yet then done

November 02, 2011, 01:53 pm Filing RNS

-12/14/11 call from creditor discussed issues, sent him claim form.

January 19, 2012, 12:51 pm Prepare for close

January 19, 2012, 01:09 pm Filed BOS, review all claims

January 19, 2012, 02:12 pm Ready to close

January 19, 2012, 02:21 pm TFR

February 28, 2012, 04:46 pm rec'd tfr questions, reviewed and emailed back revised TFR today.


Initial Projected Date of Final Report (TFR): 09/30/10        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-11536 -KRM | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | DAMALOS, JOHN ANTHONY | Bank Name: | Union Bank |
|  | DAMALOS, STELLA | Account Number / CD #: | *******9529 Checking Account |
| Taxpayer ID No: | *******4464 |  |  |
| For Period Ending: | 02/28/12 | Blanket Bond (per case limit): | $ 47,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/09/11 | 10, 26 | Stella Damalos | pymt | 1129-000 | 3,300.00 |  | 3,300.00 |
| 08/10/11 | 10 | Damalos | pymt | 1129-000 | 3,290.00 |  | 6,590.00 |
| 09/26/11 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 12.29 | 6,577.71 |
| 10/06/11 | 10 | Damalos | pymt | 1129-000 | 3,290.00 |  | 9,867.71 |
| 10/25/11 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 14.75 | 9,852.96 |
| 11/25/11 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 19.67 | 9,833.29 |
| 12/02/11 | 10 | Damalos | pymt | 1129-000 | 3,290.70 |  | 13,123.99 |
| 12/27/11 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 22.12 | 13,101.87 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,170.70 | 68.83 | 13,101.87 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 13,170.70 | 68.83 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 13,170.70 | 68.83 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9529 | 13,170.70 | 68.83 | 13,101.87 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 13,170.70 | 68.83 | 13,101.87 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    13,170.70    68.83

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 28, 2012 |

Case Number: 07-11536  
Debtor Name: DAMALOS, JOHN ANTHONY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>040<br>62 | Kimberly Cassel<br>2095 North 2275 East<br>Layton, UT 84040 | Priority | | $5,546.68 | $0.00 | $5,546.68 |
| 000002<br>040<br>62 | Kimberly Cassel<br>2095 North 2275 East<br>Layton, UT 84040 | Priority | | $591.00 | $0.00 | $591.00 |
| 000016B<br>050<br>50 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $4,209.12 | $0.00 | $4,209.12 |
| 000020B<br>050<br>50 | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | Priority | | $1,511.36 | $0.00 | $1,511.36 |
| 000021B<br>050<br>50 | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | Priority | | $257.82 | $0.00 | $257.82 |
| 000003<br>070<br>70 | CT Corporation<br>c/o Alan D Budman, Esquire<br>1150 Old York Road<br>Abington, PA 19025 | Unsecured | | $489.00 | $0.00 | $489.00 |
| 000005<br>070<br>70 | Nordstrom FSB<br>P.O.Box 6566<br>Englewood, CO 80155 | Unsecured | | $1,197.87 | $0.00 | $1,197.87 |
| 000007<br>070<br>70 | Johnson Pope Bokor Ruppel & Burns<br>911 Chestnut Street<br>Clearwater, FL 33756-1368 | Unsecured | | $1,229.80 | $0.00 | $1,229.80 |
| 000008<br>070<br>70 | Hollis Dec-Silver<br>1913 Winsloe Drive<br>New Port Richey, FL 34655 | Unsecured | | $520.17 | $0.00 | $520.17 |
| 000009<br>070<br>70 | Mike Olsen, Tax Collector<br>Pasco County Tax Collector<br>PO Box 276<br>Dade City, FL 33526-0276 | Unsecured | | $1,423.06 | $0.00 | $1,423.06 |
| 000010<br>070<br>70 | Florida Pediatric Associates LLC<br>c/o James N Casesa, Esq<br>3845 Fifth Avenue North<br>St Petersburg, FL 33713-7537 | Unsecured | | $6,234.95 | $0.00 | $6,234.95 |
| 000011<br>070<br>70 | Pediatric Surgical Group, PA<br>James N Casesa, Esq<br>3845 Fifth Avenue North<br>St Petersburg, FL 33713-7537 | Unsecured | | $2,902.00 | $0.00 | $2,902.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 28, 2012 |

Case Number: 07-11536  
Debtor Name: DAMALOS, JOHN ANTHONY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 70 | The Guarantee Co of N. America c/o Robert E. Morris PA 5020 W Cypress Street Suite 200 Tampa, FL 33607 | Unsecured | | $21,796.54 | $0.00 | $21,796.54 |
| 000013 070 70 | Idearc Media Formerly Verizon Directories Attn, R Robertson 5601 Executive Drive Irving, TX 75038 | Unsecured | | $202.50 | $0.00 | $202.50 |
| 000014 070 70 | Howard Johnson Express Inn 832 N Blackhorse Pike Blackwood, NJ 08012 | Unsecured | | $4,579.85 | $0.00 | $4,579.85 |
| 000015 070 70 | Household Bank (SB), N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road Suite #200 Tucson, AZ 85712 | Unsecured | | $1,357.28 | $0.00 | $1,357.28 |
| 000016A 074 74 | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | Unsecured | | $484.15 | $0.00 | $484.15 |
| 000017 070 70 | Frank D. Klein, PA 7317 Little Road New Port Richey, FL 34654-5519 | Unsecured | | $1,465.50 | $0.00 | $1,465.50 |
| 000018 070 70 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $50,384.42 | $0.00 | $50,384.42 |
| 000019 070 70 | Household Bank (SB), N.A. eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson, AZ 85712 | Unsecured | | $1,398.02 | $0.00 | $1,398.02 |
| 000020A 070 70 | Florida Department of Revenue Bankruptcy Section Post Office Box 6668 Tallahassee, Florida 32314-6668 | Unsecured | | $142.92 | $0.00 | $142.92 |
| 000021A 070 70 | Florida Department of Revenue Bankruptcy Section Post Office Box 6668 Tallahassee, Florida 32314-6668 | Unsecured | | $75.00 | $0.00 | $75.00 |
| 000022 070 70 | Community Hospital Linda Lubesky, Vendor Relations HCA Patient Account Services P O Box 9800 | Unsecured | | $609.81 | $0.00 | $609.81 |

| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 28, 2012 |
|---|---|---|---|---|---|---|---|

Case Number: 07-11536  
Debtor Name: DAMALOS, JOHN ANTHONY  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Palm Harbor, FL 34682 | | | | | |
| 000023 070 70 | Mary Shrayer<br>8520 Basuto Drive<br>New Port Richey, FL 34655 | Unsecured | | $820.00 | $0.00 | $820.00 |
| 000024 070 70 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | Unsecured | | $441.86 | $0.00 | $441.86 |
| 000025 070 70 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | Unsecured | | $2,425.25 | $0.00 | $2,425.25 |
| 000026 070 70 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | Unsecured | | $5,172.08 | $0.00 | $5,172.08 |
| 000027 070 70 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | Unsecured | | $2,382.82 | $0.00 | $2,382.82 |
| 000028 070 70 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $7,042.53 | $0.00 | $7,042.53 |
| 000029 070 70 | Vanessa Egleston<br>3531 Hunting Creek Loop<br>New Port Richey, FL 34655 | Unsecured | | $700.00 | $0.00 | $700.00 |
| 000030 070 70 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $7,859.62 | $0.00 | $7,859.62 |
| 000031 070 70 | Verizon Florida Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | Unsecured | | $96.80 | $0.00 | $96.80 |
| 000032 070 70 | Access Training Services<br>706 W Maple Ave.<br>Merchantville, NJ 08109 | Unsecured | | $812.50 | $0.00 | $812.50 |
| 000033 070 70 | South Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | Unsecured | | $541.61 | $0.00 | $541.61 |
| 000034 070 70 | FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03 | Unsecured | | $1,056.98 | $0.00 | $1,056.98 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 28, 2012

Case Number: 07-11536
Debtor Name: DAMALOS, JOHN ANTHONY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Newark, DE 19713 | | | | | |
| 000035 070 70 | US Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960 | Unsecured | | $98,086.60 | $0.00 | $98,086.60 |
| 000004 999 999 | Pinellas County Tax Collector Attn, Betty A Gramley, Tax Mgr P O Box 2943 Clearwater, FL 33757-2943 | Secured | | $0.00 | $0.00 | $0.00 |
| 000006 999 999 | MTAG Cust for Abbot Kinney Mgmt LLC Attn, James P Meeks P O Box 409584 Atlanta, GA 30384 | Secured | | $0.00 | $0.00 | $0.00 |
| 000036 999 999 | Bayview Loan Servicing c/o John Anthony Van Ness, Esq. 1239 E Newport Center Dr. Deerfield Beach, FL 33442 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $236,047.47 | $0.00 | $236,047.47 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-11536 KRM
Case Name: DAMALOS, JOHN ANTHONY
 DAMALOS, STELLA
Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Pinellas County Tax Collector<br>Attn, Betty A Gramley, Tax Mgr<br>P O Box 2943<br>Clearwater, FL 33757-2943 | $ | $ | $ | $ |
| 000006 | MTAG Cust for Abbot Kinney Mgmt LLC<br>Attn, James P Meeks<br>P O Box 409584<br>Atlanta, GA 30384 | $ | $ | $ | $ |
| 000036 | Bayview Loan Servicing<br>c/o John Anthony Van Ness, Esq.<br>1239 E Newport Center Dr.<br>Deerfield Beach, FL 33442 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kimberly Cassel<br>2095 North 2275 East<br>Layton, UT 84040 | $ | $ | $ |
| 000002 | Kimberly Cassel<br>2095 North 2275 East<br>Layton, UT 84040 | $ | $ | $ |
| 000016B | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | $ | $ | $ |
| 000021B | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | $ | $ | $ |

Total to be paid to priority creditors   $_____

Remaining Balance   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | CT Corporation<br>c/o Alan D Budman, Esquire<br>1150 Old York Road<br>Abington, PA 19025 | $ | $ | $ |
| 000005 | Nordstrom FSB<br>P.O.Box 6566<br>Englewood, CO 80155 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Johnson Pope Bokor Ruppel & Burns 911 Chestnut Street Clearwater, FL 33756-1368 | $ | $ | $ |
| 000008 | Hollis Dec-Silver 1913 Winsloe Drive New Port Richey, FL 34655 | $ | $ | $ |
| 000009 | Mike Olsen, Tax Collector Pasco County Tax Collector PO Box 276 Dade City, FL 33526-0276 | $ | $ | $ |
| 000010 | Florida Pediatric Associates LLC c/o James N Casesa, Esq 3845 Fifth Avenue North St Petersburg, FL 33713-7537 | $ | $ | $ |
| 000012 | The Guarantee Co of N. America c/o Robert E. Morris PA 5020 W Cypress Street Suite 200 Tampa, FL 33607 | $ | $ | $ |
| 000013 | Idearc Media Formerly Verizon Directories Attn, R Robertson 5601 Executive Drive Irving, TX 75038 | $ | $ | $ |
| 000014 | Howard Johnson Express Inn 832 N Blackhorse Pike Blackwood, NJ 08012 | $ | $ | $ |
| 000015 | Household Bank (SB), N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road Suite #200 Tucson, AZ 85712 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Frank D. Klein, PA<br>7317 Little Road<br>New Port Richey, FL 34654-5519 | $ | $ | $ |
| 000018 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000019 | Household Bank (SB), N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | $ | $ | $ |
| 000020A | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | $ | $ | $ |
| 000021A | Florida Department of Revenue<br>Bankruptcy Section<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | $ | $ | $ |
| 000022 | Community Hospital<br>Linda Lubesky, Vendor Relations<br>HCA Patient Account Services<br>P O Box 9800<br>Palm Harbor, FL 34682 | $ | $ | $ |
| 000023 | Mary Shrayer<br>8520 Basuto Drive<br>New Port Richey, FL 34655 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | $ | $ | $ |
| 000025 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | $ | $ | $ |
| 000026 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | $ | $ | $ |
| 000027 | CAPITAL RECOVERY ONE<br>25 SE 2nd Ave. Sute 1120<br>Miami, FL  33131 | $ | $ | $ |
| 000028 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000030 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000031 | Verizon Florida Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | $ | $ | $ |
| 000032 | Access Training Services<br>706 W Maple Ave.<br>Merchantville, NJ 08109 | $ | $ | $ |
| 000033 | South Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | $ | $ | $ |
| 000035 | US Environmental Protection Agency<br>Region 4<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta, GA 30303-8960 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____