### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-11536-KRM
Case Name: DAMALOS, JOHN ANTHONY
Trustee Name: ANGELA WELCH ESPOSITO, Trustee

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| *PINELLAS COUNTY TAX COLLECTOR* | $ 0.00 |
| *MTAG CUST FOR ABBOT KINNEY MGMT LLC* | $ 0.00 |
| *SERVICING, BAYVIEW LOAN* | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee: Angela Welch Esposito, Trustee* | $ 0.00 | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,906.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000020B* | *FLORIDA DEPARTMENT OF REVENUE* | $ 1,511.36 | $ 370.72 |
| *000021B* | *FLORIDA DEPARTMENT OF REVENUE* | $ 257.82 | $ 63.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $219,845.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2500 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | CT CORPORATION | $ 489.00 | $ 6.10 |
| 000005 | FSB, NORDSTROM | $ 1,197.87 | $ 14.94 |
| 000007 | JOHNSON POPE BOKOR RUPPEL & BURNS | $ 1,229.80 | $ 15.34 |
| 000008 | DEC-SILVER, HOLLIS | $ 520.17 | $ 6.49 |
| 000009 | COLLECTOR, MIKE OLSEN, TAX | $ 1,423.06 | $ 17.76 |
| 000010 | FLORIDA PEDIATRIC ASSOCIATES LLC | $ 6,234.95 | $ 77.78 |
| 000012 | THE GUARANTEE CO OF N. AMERICA | $ 21,796.54 | $ 271.93 |
| 000013 | DIRECTORIES, IDEARC MEDIA FORMERLY | $ 202.50 | $ 2.53 |
| 000014 | HOWARD JOHNSON EXPRESS INN | $ 4,579.85 | $ 57.14 |
| 000015 | HOUSEHOLD BANK (SB), N.A. | $ 1,357.28 | $ 16.93 |
| 000017 | FRANK D. KLEIN, PA | $ 1,465.50 | $ 18.28 |
| 000018 | AMERICAN EXPRESS CENTURION BANK | $ 50,384.42 | $ 628.58 |
| 000019 | HOUSEHOLD BANK (SB), N.A. | $ 1,398.02 | $ 17.44 |
| 000020A | FLORIDA DEPARTMENT OF REVENUE | $ 142.92 | $ 1.78 |
| 000021A | FLORIDA DEPARTMENT OF REVENUE | $ 75.00 | $ 0.94 |
| 000022 | COMMUNITY HOSPITAL | $ 609.81 | $ 7.61 |
| 000023 | SHRAYER, MARY | $ 820.00 | $ 10.23 |
| 000024 | CAPITAL RECOVERY ONE | $ 441.86 | $ 5.51 |
| 000025 | CAPITAL RECOVERY ONE | $ 2,425.25 | $ 30.26 |
| 000026 | CAPITAL RECOVERY ONE | $ 5,172.08 | $ 64.52 |
| 000027 | CAPITAL RECOVERY ONE | $ 2,382.82 | $ 29.73 |
| 000028 | LVNV FUNDING LLC ITS SUCCESSORS AND | $ 7,042.53 | $ 87.86 |
| 000030 | ADVANTA BANK CORP | $ 7,859.62 | $ 98.05 |
| 000031 | VERIZON FLORIDA INC. | $ 96.80 | $ 1.21 |
| 000032 | ACCESS TRAINING SERVICES | $ 812.50 | $ 10.14 |
| 000033 | WIRELESS, SOUTH VERIZON | $ 541.61 | $ 6.76 |
| 000034 | FIA CARD SERVICES, N. A. | $ 1,056.98 | $ 13.18 |
| 000035 | AGENCY, US ENVIRONMENTAL | $ 98,086.60 | $ 1,223.69 |

_____   *PROTECTION*   _____   _____

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Date: <u>April 20, 2013</u>